IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

REBECCA MORRISON, Individually and as     PLAINTIFF
Administrator of the ESTATE OF
WILLIAM MORRISON, DECEASED

v.                     Case No. 1:09CV00043 JLH

DAVID LUCAS, in his official capacity; and
GREG IVEY, individually and in his official capacity     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 7th day of February, 2011.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE